# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:09-CV-215-RJC-DCK

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>DAWN RICHARDS and EYEMED )<br>VISION CARE, LLC, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 5) filed June 10, 2009 for admission of Michael P. Elkon as counsel *pro hac vice* on behalf of Plaintiff United Healthcare Services, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Elkon shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff United Healthcare Services, Inc. It appears that Mr. Elkon has associated David L. Levy of Hedrick Gardner Kincheloe & Garofalo, LLP as local counsel

Signed: June 10, 2009

David C. Keesler
United States Magistrate Judge